IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KELLIE STEWART,

    Plaintiff,

v.

                      Case No. 19-cv-5-jdp

PORTFOLIO RECOVERY ASSOCIATES, LLC,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Kellie Stewart against defendant Portfolio Recovery Associates, LLC in the amount of $10,000.00 in total damages and costs.

IT IS FURTHER ORDERED AND ADJUDGED that defendant Portfolio Recovery Associates, LLC waives/relieves plaintiff of any debt/obligation associated with the following accounts of plaintiff: (1) account ending in 6326 originally owed to Capital One Bank, with a balance of $976.68; (2) account ending in 7926 originally owed to Synchrony Bank with Wal-Mart as the merchant label, with a balance of $743.51; and (3) account ending in 9286 originally owed to Capital One Bank with a balance of $2,680.14.

Approved as to form this 8TH day of April, 2019:

_____
James D. Peterson,
District Judge

_____                4/8/19
Peter Oppeneer, Clerk of Court                   Date